Collin J. Vierra (State Bar No. 322720)
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1668
cvierra@eimerstahl.com

*Attorney for Defendant*
*For Goodness Sake LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CAROLINE LEVENS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>FOR GOODNESS SAKE LLC,<br><br>        Defendant. | Case No.: 5:25-cv-02593-EKL<br><br>**JOINT STATUS REPORT AND STIPULATION TO EXTEND TIME**<br><br>District Judge Eumi K. Lee |

Plaintiff Caroline Levens ("Plaintiff") and Defendant For Goodness Sake LLC ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby submit this Joint Status Report and Stipulation to Extend Time. The Parties report and agree as follows:

WHEREAS, Plaintiff initiated this case and filed the Complaint against Defendant on March 17, 2025 (*see* ECF No. 1);

WHEREAS, the Parties filed a stipulation pursuant to Civil Local Rule 6-1(a) on May 7, 2025, for Defendant to have until June 23, 2025, to answer or otherwise respond to the Complaint (*see* ECF No. 12);

WHEREAS, the Parties filed a second stipulation pursuant to Civil Local Rule 6-2(a) to stay all case deadlines for 60 days while the Parties engaged in settlement discussions, (ECF No. 16). The Court granted that stipulation on June 16, 2025, but ordered that the Parties file a Case Management Statement by August 20, 2025, (ECF No. 18);

WHEREAS, the Parties have made meaningful progress towards resolution of this matter but need additional time to finalize those discussions;

WHEREAS, Civil Local Rule 6-2(a) provides that "the parties may file a stipulation, conforming to Civil L.R. 7-12, requesting an order changing time that would affect the date of an event or deadline already fixed by Court order, or that would accelerate or extend time frames set in the Local Rules or in the Federal Rules";

WHEREAS, it is in the interest of both parties and the Court for the parties to continue their good-faith settlement discussions, which they anticipate will resolve this matter in its entirety in the near future;

WHEREAS, the Parties have agreed to extend the stay all of the briefing deadlines, including Defendant's August 22, 2025, deadline to answer or otherwise respond to the Complaint, for an additional thirty (30) days;

WHEREAS, the Parties also respectfully request that the Court continue the scheduled Case Management Conference, and related deadline to file a Case Management Statement, by thirty (30) days, or until such other date as is convenient for the Court;

JOINT STATUS REPORT AND STIPULATION; CASE NO. 5:25-cv-02593-EKL

NOW, THEREFORE, the Parties stipulate that the case deadlines remain stayed for an additional thirty (30) days. The Parties agree to update the Court on the status of settlement, as necessary, by September 19, 2025, and will also file a Case Management Statement as directed by the Court.

Dated: August 20, 2025                                    Respectfully Submitted

**EIMER STAHL LLP**
By: */s/ Collin Vierra*
Collin J. Vierra (State Bar No. 322720)
EIMER STAHL LLP
1999 South Bascom Avenue, Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1668
cvierra@eimerstahl.com

*Attorney for Defendant*
*For Goodness Sake LLC*

**BURSOR & FISHER P.A.**
*/s/ Stefan Bogdanovich*
Philip Lawrence Fraietta (State Bar No. 354768)
Bursor & Fisher P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
pfraietta@bursor.com

Stefan Bogdanovich (State Bar No. 324525)
Bursor & Fisher, P.A.
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
sbogdanovich@bursor.com

*Attorneys for Plaintiff Caroline Levens*

JOINT STATUS REPORT AND STIPULATION; CASE NO. 5:25-cv-02593-EKL

## **SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to the counsel of record listed above, and that I have obtained their authorization to affix their electronic signature to this document.

Dated: August 20, 2025                                          /s/ *Collin J. Vierra*
                                                                        Collin J. Vierra

JOINT STATUS REPORT AND STIPULATION; CASE NO. 5:25-cv-02593-EKL

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                  Judge Eumi K. Lee
                                  United States District Court Judge

JOINT STATUS REPORT AND STIPULATION; CASE NO. 5:25-cv-02593-EKL